# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONTEE LAMAR BOYAKINS

    Petitioner,

vs.

WARDEN BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-CV-00549-JCM-(PAL)

**ORDER**

Petitioner has submitted a motion for enlargement of time (#15), which the court grants.

Petitioner also has submitted an ex parte motion for appointment of counsel (#7). Petitioner did not serve a copy of this motion upon respondents, and he has not explained why he failed to give notice to them. See LR 7-5. Furthermore, the court has reviewed the petition and finds that the issues are not so complex that appointment of counsel is necessary. The court denies this motion.

IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (#15) is **GRANTED**. Petitioner shall have through October 22, 2012, to file and serve a response to respondents' motion to dismiss (#9).

IT IS FURTHER ORDERED that petitioner's ex parte motion for appointment of counsel (#7) is **DENIED**.

DATED: September 5, 2012.

                                            JAMES C. MAHAN
                                            United States District Judge