**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONTEE LAMAR BOYAKINS, | )<br>) |
| Petitioner, | )<br>)  2:12-cv-00549-JCM-PAL |
| vs. | )<br>)  **ORDER** |
| | )<br>) |
| WARDEN BRIAN WILLIAMS, *et al.*, | )<br>) |
| Respondents. | )<br>) |

      Jontee Lamar Boyakins, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #4).

      On August 20, 2012, respondents filed a motion to dismiss (ECF #9). On August 27, 2012, petitioner filed a motion for extension of time to oppose the motion (ECF #15). On September 5, 2012, the court granted the motion for extension of time and directed petitioner to file and serve his opposition by October 22, 2012 (ECF #16).

      Petitioner took no action whatsoever until November 16, 2012, when he submitted a letter in which he stated that he had received nothing from the court since September 5, 2012 and requested a status update on his case (ECF #17).

      It appears to the court that petitioner received the court's order dated September 5, 2012, directing him to file and serve his opposition to the motion to dismiss by October 22, 2012. However, as that is not entirely clear and in consideration of petitioner's *pro se* status, the court now directs

petitioner to file his opposition, if any, to respondents' motion to dismiss within fifteen (15) days of the date of entry of this order.  Petitioner is cautioned that no further extensions shall be granted.

**IT IS THEREFORE ORDERED** that petitioner shall file his opposition to respondents' motion to dismiss, if any, within **fifteen (15) days** of the date of entry of this order.

**IT IS FURTHER ORDERED** that petitioner is expressly cautioned that no further extensions shall be granted.

Dated, January 31, 2013.

_____
UNITED STATES DISTRICT JUDGE

2